**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LEE BUTLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY,<br><br>　　　　　Defendant. | 2:15-cv-01689-APG-VCF<br>**<u>ORDER</u>** |

Before the court is the Motion to Set Early Neutral Evaluation Session (#12). Plaintiff requests the court set this matter for an ENE session because it is an employment discrimination matter. Defendant filed a non-opposition. (#13).

The complaint in this action alleges claims under the Family and Medical Leave Act, 29 U.S.C.§ 2611. (#1). Under Local Rule 16-1, all employment discrimination actions filed in this Court must undergo early neutral evaluation. The "employment discrimination action" includes actions filed under the following statutes: Title VII of the Civil Rights Act of 1964, as amended; 42 U.S.C. § 2000, et seq.; Title I of the Americans With Disabilities Act, as amended, 42 U.S.C. 12101, *et seq.*; prohibition of employment discrimination under 42 U.S.C. § 1981; Age Discrimination in Employment Act, 29 U.S.C. § 626, *et seq.*; Equal Pay Act, 29 U.S.C. § 206; Genetic Information Non-Discrimination Act of 2008, 42 U.S.C. § 2000ff, *et seq.*; Vocational Rehabilitation Act of 1973, 29 U.S.C. § 794; and under 42 U.S.C. § 1983, if the complaint alleges discrimination in employment on the basis of race, color, gender, national origin, and/or religion. LR 16-1 does not include claims under the Family and Medical Leave Act, 29 U.S.C.§ 2611.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Set Early Neutral Evaluation Session (#12) is DENIED.

DATED this 4th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE