Gabroy Law Offices
Christian Gabroy (#8805)
Jeff Scarborough ( #14114)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEE BUTLER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the STATE OF NEVADA; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01689-APG - VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between Plaintiff Lee Butler ("Plaintiff") and Defendant Clark County ("Defendant") through their respective counsel, that Defendant filed its Motion for Summary Judgment on April 17, 2017.

It is stipulated and agreed by and between Plaintiff and Defendant as follows:

Plaintiff has an additional fourteen (14) days to respond to Defendant's Motion for Summary Judgment (Dkt. 37). Plaintiff's deadline to respond or otherwise reply to Defendant's Motion for Summary Judgment will be extended up to and including May 22, 2017.

DATED this ___ day of May 2017.

| FISHER &PHILLIPS LLP | GABROY LAW OFFICES |
|---|---|
| By: _/s/Whitney J. Selert____<br>Whitney J. Selert, Esq.<br>FISHER & PHILLIPS LLP<br>3800 Howard Hughes Parkway Suite 950<br>Las Vegas, NV 89169<br>Telephone: 702. 252-3131<br>Fax No.: 702. 252-7411<br>wselert@laborlawyers.com | By: _/s/Christian Gabroy_____<br>Christian Gabroy, Esq.<br>Jeff Scarborough, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>christian@gabroy.com |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |

**IT IS ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 3, 2017.