1  FISHER & PHILLIPS LLP
   WHITNEY J. SELERT, ESQ.
2  Nevada Bar No. 5492
3  300 South Fourth Street
   Suite 1500
4  Las Vegas, NV 89101
   Telephone: (702) 252-3131
5  Facsimile: (702) 252-7411
   E-Mail Address: wselert@laborlawyers.com
6
7  Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEE BUTLER, an Individual, | Case No. 2:15-cv-01689-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| CLARK COUNTY, a political subdivision of the STATE OF NEVADA, DOES 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff, Lee Butler ("Plaintiff") and Defendants, Clark County and the Clark County Department of Aviation ("Defendants") by and through their respective counsel of record, that Defendants be granted a two (2) week extension up to and including June 27, 2017 to file their Reply in support of their Motion for Summary Judgment.

Defendants filed their Motion for Summary Judgment on April 17, 2017. Several extensions were granted to Plaintiff to file his Opposition to that Motion, which was filed on May 30, 2017. Defense counsel is preparing for a labor arbitration and has other conflicts that necessitate an extension of the deadline to file the Reply in support of the motion for summary judgment.

- 1 -

FPDOCS 32970036.1

Consequently, the parties with advice and agreement of counsel, do stipulate that Defendants shall have an additional fourteen (14) days to file their Reply in Support of Motion for Summary Judgment, up to and including **June 27, 2017**.

DATED this \_\_\_\_ day of June, 2017.   DATED this \_\_\_\_ day of June, 2017.

GABROY LAW OFFICES            FISHER & PHILLIPS LLP

*/s/ Christian Gabroy, Esq.*            */s/ Whitney J. Selert, Esq.*
Christian Gabroy, Esq.              WHITNEY J. SELERT, ESQ.
The District at Green Valley Ranch       300 South Fourth Street
170 South Green Valley Parkway,       Suite 1500
Suite 280                   Las Vegas, Nevada 89101
Henderson, NV 89012            Attorneys for Defendants
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.

Dated: June 13, 2017.

_____
UNITED STATES DISTRICT JUDGE