GABROY LAW OFFICES
Christian Gabroy (#8805)
Elizabeth Aronson (#14472)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
earonson@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEE BUTLER, an Individual,<br><br>      Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the STATE OF NEVADA, DOES 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>      Defendant. | Case No. 2:15-cv-01689-APG-VCF<br><br>**AMENDED STIPULATION AND ORDER FOR EXTENTION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR RECONSIDERATION**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED, by and between Plaintiff Lee Butler ("Plaintiff") and Defendant Clark County ("Defendant"), by and through their respective counsel, that Defendant filed its' Motion for Reconsideration on January 10, 2018. [Dkt. 50]. It is stipulated and agreed by and between Plaintiff and Defendant as follows:

Plaintiff has until Febuary 28, 2018 to respond to Defendants' Motion for Reconsideration. Such exention request herein made in good faith. The Parties have agreed to, and this Court has ordered a settlement conference to occur on Febuary 14, 2018. [Dkt. 48]. Plaintiff's counsel needs further time for such pleading as Plaintiff's counsel has work commitments and needs additional time to complete such Response

to Defendant's Motion for Reconsideration. Further, Plaintiff's counsel does not wish to expend further attorney's fees and costs and does not want to burden this already over-burdened Court with pleadings if this matter can be resolved through settlement on Febuary 14, 2018, in which the Parties will come in good faith to attempt settlement. It is hereby ordered and agreed that Plaintiff's deadline to respond to Defendant's Motion for Reconsideration will be extended to Febuary 28, 2018.

Dated this 12th day of January 2018.

**FISHER & PHILLIPS LLP**　　　　　　**GABROY LAW OFFICES**

By: /s/ Whitney J. Selert, Esq.　　　　By: /s/ Christian Gabroy, Esq.
　　Whitney J. Selert, Esq.　　　　　　　Christian Gabroy, Esq.
　　300 S. Fourth Street　　　　　　　　The District at Green Valley Ranch
　　Suite 1500　　　　　　　　　　　　　Suite 280
　　Las Vegas, NV 89101　　　　　　　　Henderson, NV 89012
　　*Attorney for Defendant*　　　　　　*Attorney for Plaintiff*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
Dated: January 16, 2018.