FISHER & PHILLIPS LLP
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
300 South Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  wselert@laborlawyers.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEE BUTLER, an Individual, | Case No. 2:15-cv-01689-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| CLARK COUNTY, a political subdivision of the STATE OF NEVADA, DOES 1 through 10; and ROE CORPORATIONS 11 through 20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Lee Butler ("Plaintiff") and Defendants, Clark County and the Clark County Department of Aviation ("Defendants") by and through their respective counsel of record, that Plaintiff's Complaint be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FPDOCS 33824991.1

- 1 -

The foregoing stipulation has been made by both parties and as consideration for a separate settlement agreement and global release of all claims negotiated during the Settlement Conference with Magistrate Judge Cam Ferenbach on February 14, 2018.

DATED this 28th day of March, 2018.

GABROY LAW OFFICES

*/s/ Christian Gabroy, Esq.*
Christian Gabroy, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, NV  89012
Attorney for Plaintiff

DATED this 28th day of March, 2018.

FISHER & PHILLIPS LLP

*/s/ Whitney J. Selert, Esq.*
WHITNEY J. SELERT, ESQ.
300 South Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendants

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 28, 2018.